

**ORDER**

PER CURIAM.

Appeal from conviction and sentence for second degree murder.

Judgment affirmed. Rule 30.25(b).

All concur.

**ORDER**

PER CURIAM:

Direct appeal from a jury conviction for capital murder, in violation of § 565.001, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**John V. O'CONNOR, Appellant.**

**No. WD 36307.**

Missouri Court of Appeals,
Western District.

July 16, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

**STATE of Missouri, Respondent,**

v.

**Roger E. DENNIS, Appellant.**

**No. WD 36225.**

Missouri Court of Appeals,
Western District.

July 16, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

Application to Transfer Denied Oct. 16, 1985.

Terrence J. Lechner, Kansas City, for appellant.

William L. Webster, Atty. Gen., Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCH-ARD and LOWENSTEIN, JJ.

**ORDER**

PER CURIAM:

Appeal from conviction, after jury trial, for promoting prostitution in the second degree, in violation of § 567.060, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Dan Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCH-ARD and LOWENSTEIN, JJ.